# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAVID P. JORDAN, | : | |
| Petitioner, | : | Case No. 3:08cv00252 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| MICHAEL SHEETS, Warden,<br>Ross Correctional Institution, | : | |
| | : | |
| Respondent. | | |
| | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on November 9, 2010 (Doc. #12) is ADOPTED in full;

2. Petitioner's Motion for Summary Judgment (Doc. #9) is DENIED;

3. David P. Jordan's Petition for Writ of Habeas Corpus (Doc. #2) is DENIED and DISMISSED;

4.       A certificate of appealability under 28 U.S.C. § 2253(c) shall not issue; and

5.       The case is terminated on the docket of this Court.

November 30, 2010                                                    ***s/THOMAS M. ROSE***

                                                                             Thomas M. Rose
                                                   United States District Judge